IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM MORRIS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| UPPER DARBY TOWNSHIP et al | : | NO. 26-2716 |

**O R D E R**

AND NOW, this 30th day of September, 2026, upon consideration of Delaware County's Motion to Dismiss the Second Amended Complaint (Doc. 18), and Plaintiff's response (Doc. 19), after careful review of the Second Amended Complaint (Doc. 15), and for the reasons stated in the accompanying Memorandum, IT IS HEREBY ORDERED that the Motion to Dismiss is DENIED.

BY THE COURT:

*/s/ Caroline Goldner Cinquanto*

CAROLINE GOLDNER CINQUANTO, U.S.M.J.